GREEVES & ROETHLER, PLC
By: Scott L. Greeves, SBA # 15761
2151 E. Broadway Rd., Ste. 115
Tempe, AZ 85282
Tel: 480-422-1850  Fax: 480-696-5522
E-mail: scott@grattorneys.com
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| MELISSA PROBST | ) | No. 2:18-bk-08529-PS |
| | ) | |
| | ) | RULE 2016 STATEMENT |
| Debtor(s). | ) | |

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the Debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:
 (a) For legal services rendered or to be rendered in contemplation
  of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . Hourly
 (b) Prior to filing this statement, the Debtor(s) have paid. . . . . . . . . . $0.00
 (c) The unpaid balance due and payable as of the filing date is . . . . . . $1,520.50
 $310.00 of the filing fee in this case has been paid to attorney by debtor.

(3) The services rendered or to be rendered include the following:
 (a) Analysis of the financial situation, and rendering advice and assistance to the Debtor(s) in determining whether to file a petition under U.S. Code, Title 11.
 (b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
 (c) Representation of the Debtor(s) at the meeting of creditors.

(4) The source of payments made by the Debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(5) The source of payments made by the Debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(6) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated: NONE

(7) The undersigned has not shared or agreed to share with any other person, other than with members of the undersigned's law firm, any compensation paid or to be paid.

(8) Fee Contract attached.

GREEVES & ROETHLER, PLC

/s/ Scott L. Greeves, #15761
_____
By:  Scott L. Greeves, Esq.