**Fill in this information to identify your case:**

Debtor 1          Melissa Jo Probst
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number    2:18-bk-08529-PS
               (If known)

☐ Check if this is an
  amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................. | $ 17,450.71 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ....................................... | $ 17,450.71 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 23,532.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | + $ 66,300.00 |
| **Your total liabilities** | $ 89,832.00 |

### Part 3:    Summarize Your Income and Expenses

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ........................................ | $ 4,129.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................................ | $ 3,733.00 |

**Part 4:** **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 4,818.66

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 52,703.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 52,703.00 |

## Fill in this information to identify your case and this filing:

Debtor 1    Melissa Jo Probst
_____
First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name         Last Name

United States Bankruptcy Court for the: District of Arizona

Case number    2:18-bk-08529-PS

☐ Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City         State      ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City         State      ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property
(see instructions)

1. ____

_____
Street address, if available, or other description

_____

_____

_____
City                          State        ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................................................➔

$ 0.00

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make: Dodge

Model: Journey

Year: 2015

Approximate mileage: 80000

Other information:

Condition: Good
See attached KBB valuation

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$ 15,000.00

**Current value of the portion you own?**

$ 15,000.00

If you own or have more than one, describe here:

3.2. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

Advertisement

# 2015 Dodge Journey Pricing Report



**Style:** Crossroad Sport Utility 4D
**Mileage:** 80,000

Sell To Private Party

Private Party Range
**$12,714 - $14,977**
Private Party Value
**$13,846**



Valid for ZIP Code 85339 through 08/16/2018

## Vehicle Highlights

Fuel Economy:
City 17/Hwy 25/Comb 19 MPG

Max Seating: 7

Doors: 4

Engine: V6, 3.6 Liter

Drivetrain: FWD

Transmission: Automatic, 6-Spd w/AutoStick

EPA Class: Small Sport Utility Vehicles

Body Style: Sport Utility

Country of Origin: United States

Country of Assembly: Mexico

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
V6, 3.6 Liter

**Transmission**
Automatic, 6-Spd w/AutoStick

**Drivetrain**
FWD

**Accessory Packages**
Rollover Protection

**Braking and Traction**
Traction Control
Stability Control
ABS (4-Wheel)

**Comfort and Convenience**
Alarm System
Keyless Entry
KEYLESS-GO
Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

**Steering**
Power Steering
Tilt & Telescoping Wheel

**Entertainment and Instrumentation**
AM/FM Stereo
CD/MP3 (Single Disc)
SiriusXM Satellite
Bluetooth Wireless
Uconnect

**Safety and Security**
Dual Air Bags
Side Air Bags
F&R Head Curtain Air Bags

**Seats**
Power Seat
Third Row Seat

**Roof and Glass**
Privacy Glass

**Exterior**
Fog Lights

**Wheels and Tires**
Alloy Wheels

**Exterior Color**
✓ White

_____. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

_____. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................... ➔ $ 15,000.00

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. ........

   Household furnishings

   $ 810.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. ........

   Laptop, TV

   $ 400.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe. ........

   $ 0.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe. ........

   $ 0.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe. ........

    Smith & Wesson M&P40

    $ 350.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. ........

    Clothing

    $ 200.00

12. **Jewelry**

    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe. ........

    $ 0.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe. ........

    $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information. ..............

    Food, fuel, provisions

    $ 300.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................ ➔

    $ 2,060.00

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes................................................................................................................................................ Cash: ...................... $_____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................      Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America Acct #...6153 | $ 0.11 |
| 17.2. Checking account: | Bank of America Acct #...8543 | $ 390.60 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | Wells Fargo Acct #...9710 | $ 0.00 |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................
Institution or issuer name:

_____     $_____
_____     $_____
_____     $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them. .....................

| Name of entity: | % of ownership: | |
|---|---|---|
| MELISSA PROBST INSURANCE AGENCY, LLC | 100 % | $ 0.00 |
| | _____ % | $_____ |
| | _____ % | $_____ |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them. .....................

   Issuer name:

|                                                             | $_____ |
|-------------------------------------------------------------|-------------|
|                                                             | $_____ |
|                                                             | $_____ |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
   account separately.        Institution name:
   Type of account:

| 401(k) or similar plan: | $_____ |
|-------------------------|-------------|
| Pension plan:           | $_____ |
| IRA:                    | $_____ |
| Retirement account:     | $_____ |
| Keogh:                  | $_____ |
| Additional account:     | $_____ |
| Additional account:     | $_____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes.........................        Institution name or individual:

| Electric:         | $_____ |
|-------------------|-------------|
| Gas:              | $_____ |
| Heating oil:      | $_____ |
| Rental unit:      | $_____ |
| Prepaid rent:     | $_____ |
| Telephone:        | $_____ |
| Water:            | $_____ |
| Rented furniture: | $_____ |
| Other:            | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.........................        Issuer name and description:

|                                                             | $_____ |
|-------------------------------------------------------------|-------------|
|                                                             | $_____ |
|                                                             | $_____ |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____     _____     $_____
_____     $_____
_____     $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them. ..

$0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them. ..

$0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them. ..

$0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal: $0.00
State: $0.00
Local: $0.00

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information. .............

Alimony: $0.00
Maintenance: $0.00
Support: $0.00
Divorce settlement: $0.00
Property settlement: $0.00

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information. ...............

$0.00

31. **Interests in insurance policies**
   *Examples:* Health, disability, **or** life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance company
       of each policy and list its value. ...

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☑ No
   ☐ Yes. Give specific information. .............
                                  $0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes. Describe each claim. ....................
                                  $0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim. ....................
                                  $0.00

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information. ............
                                  $0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................................................➔  $390.71

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☑ No. Go to Part 6.
   ☐ Yes. Go to line 38.

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☐ No
   ☐ Yes. Describe.......                          $_____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ☐ Yes. Describe.......                          $_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe.......  [_____]  $_____

41. **Inventory**

☐ No
☐ Yes. Describe.......  [_____]  $_____

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe.......  Name of entity: _____  % of ownership:

_____  _____%  $_____
_____  _____%  $_____
_____  _____%  $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

  ☐ No
  ☐ Yes. Describe.........  [_____]  $_____

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
information .........  _____  $_____
  _____  $_____
  _____  $_____
  _____  $_____
  _____  $_____
  _____  $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ......................................................................................... ➔  $ 0.00

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes.........................  [_____]  $_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ............

$ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes. ...........................

$ _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes. ...........................

$ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ............

$ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ....................................................➔ $ 0.00

---

**Part 7:     Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................➔ $ 0.00

---

**Part 8:     List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ........................................................➔ $ 0.00

56. **Part 2: Total vehicles, line 5**                       $ 15,000.00

57. **Part 3: Total personal and household items, line 15**     $ 2,060.00

58. **Part 4: Total financial assets, line 36**               $ 390.71

59. **Part 5: Total business-related property, line 45**        $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $ 0.00

61. **Part 7: Total other property not listed, line 54**      + $ 0.00

62. **Total personal property.** Add lines 56 through 61. ..................     $ 17,450.71     Copy personal property total ➔ + $ 17,450.71

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...........................................     $ 17,450.71

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Melissa Jo Probst | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona

Case number: 2:18-bk-08529-PS
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2015 Dodge Journey<br>Line from *Schedule A/B*: 3.1 | $ 15,000.00 | ☑ $ 6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (8) |
| Brief description: Household goods - Household furnishings<br>Line from *Schedule A/B*: 6 | $ 810.00 | ☑ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| Brief description: Electronics - TV<br>Line from *Schedule A/B*: 7 | $ 200.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Case 2:18-bk-08529-PS    Doc 20    Filed 08/21/18    Entered 08/21/18 22:57:24    Desc
Main Document    Page 14 of 35

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Electronics - Laptop<br>Line from *Schedule A/B*: 7 | $200.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (7) |
| Brief description: Firearms - Smith & Wesson M&P40<br>Line from *Schedule A/B*: 10 | $350.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (7) |
| Brief description: Clothing - Clothing<br>Line from *Schedule A/B*: 11 | $200.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125 (1) |
| Brief description: Other - Food, fuel, provisions<br>Line from *Schedule A/B*: 14 | $300.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1124 |
| Brief description: Bank of America Acct #...8543 (Checking)<br>Line from *Schedule A/B*: 17.2 | $390.60 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126 (A)(9) |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Fill in this information to identify your case:

Debtor 1        Melissa Jo Probst
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Arizona

Case number   2:18-bk-08529-PS
(If known)

☐ Check if this is an
   amended filing

# Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Chrysler Capital

Describe the property that secures the claim:   $ 23,532.00   $ 15,000.00   $ 8,532.00

Creditor's Name
PO Box 961275

Number    Street

2015 Dodge Journey - $15,000.00

Fort Worth    TX   76161-127
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   11/22/2014

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number   1479

**2.2**

Describe the property that secures the claim:   $_____   $_____   $_____

Creditor's Name

Number    Street

City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 23,532.00 |
|---|---|

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

Name

Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

Name

Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

Name

Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

Name

Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

Name

Street

City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

Name

Street

City    State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1    Melissa Jo Probst
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of Arizona

Case number    2:18-bk-08529-PS
(If known)

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number          Street

City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$_____   $_____   $_____

**2.2**

Priority Creditor's Name

Number          Street

City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$_____   $_____   $_____

**Part 2:**  **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**  AT&T
_____
Nonpriority Creditor's Name
CORPORATE HQ
_____
208 S. Akard St.
Number        Street

Dallas                    TX    75202-0000
City                      State  ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Telephone / Internet services

**Total claim**
$ 109.00

---

**4.2**  American First Finance
_____
Nonpriority Creditor's Name
3515 N. Ridge Rd, Suite 200
_____
Number        Street

Wichita                   KS    67205-0000
City                      State  ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Monies Loaned / Advanced

$ 2,937.00

---

**4.3**  Aurora Health Care Corporate Office
_____
Nonpriority Creditor's Name
P.O. Box 341880
_____
Number        Street

Milwaukee                 WI    53204
City                      State  ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

$ 477.00

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

### 4.4   Capital One

Nonpriority Creditor's Name

Bankruptcy correspondence

Number   Street

PO Box 5155

Norcross    GA    30091-0000

City   State   ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ 1,475.00

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

### 4.5   Credit One Bank NA

Nonpriority Creditor's Name

PO Box 98873

Number   Street

Las Vegas    NV    89193-8873

City   State   ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ 1,070.00

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

### 4.6   FedLoan Servicing

Nonpriority Creditor's Name

P.O. Box 69184

Number   Street

Harrisburg    PA    17106-9184

City   State   ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ 52,703.00

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |

**4.7** First Access Visa

Nonpriority Creditor's Name

PO Box 89028

Number       Street

Sioux Falls          SD      57109-9028
City                 State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  8010

**When was the debt incurred?** _____

$ 269.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**4.8** First Choice Emergency Room

Nonpriority Creditor's Name

220 E. Las Colinas Blvd

Number       Street

Ste. 1000

Irving              TX      75039
City                 State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

$ 2,781.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

**4.9** National Medical Professionals

Nonpriority Creditor's Name

220 E. Las Colinas Blvd.

Number       Street

Ste. 1000

Irving              TX      75039
City                 State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

$ 135.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

Case 2:18-bk-08529-PS   Doc 20   Filed 08/21/18   Entered 08/21/18 22:57:24   Desc
Main Document   Page 21 of 35

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

### 4.10  QVC, Inc.

Nonpriority Creditor's Name

1200 Wilson Dr at Studio Park
Number    Street

| West Chester | PA | 19380 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  3044

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 136.00

### 4.11  Steffen Investments

Nonpriority Creditor's Name

3200 N. 95th St
Number    Street

| Milwaukee | WI | 53222 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Deficiency Balance

$ 2,725.00

### 4.12  T-Mobile Bankruptcy Team

Nonpriority Creditor's Name

PO Box 53410
Number    Street

| BELLEVUE | WA | 98015-3410 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4763

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Telephone / Internet services

$ 199.00

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.13**   Total VISA

Nonpriority Creditor's Name

P.O. Box 85710

Number    Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ 190.00

Sioux Falls    SD    57118-5710

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

**4.14**   We Energies

Nonpriority Creditor's Name

231 W. Michigan St.

Number    Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ 1,094.00

Milwaukee    WI    53203

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Utility Services

Nonpriority Creditor's Name

Number    Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ ____

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| AFNI<br>Name<br><br>404 Brock Dr<br>Number    Street<br><br>Bloomington    IL    61701-00(<br>City    State    ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br><br>Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| AMCOL Systems, Inc.<br>Name<br><br>PO Box 21625<br>Number    Street<br><br>Columbia    SC    29221<br>City    State    ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br><br>Line 4.9 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| AMCOL Systems, Inc.<br>Name<br><br>PO Box 21625<br>Number    Street<br><br>Columbia    SC    29221<br>City    State    ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br><br>Line 4.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| AccountsReceivable.com<br>Name<br><br>1806 33rd St<br>Number    Street<br>Suite 180<br><br>Orlando    FL    32839<br>City    State    ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br><br>Line 4.11 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    7376 |
| Alliance Collection Agencies, Inc<br>Name<br><br>PO Box 1267<br>Number    Street<br><br>Marshfield    WI    54449<br>City    State    ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br><br>Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| CAPITAL ONE, NA<br>Name<br><br>1680 CAPITAL ONE DR<br>Number    Street<br><br>McLean    VA    22102<br>City    State    ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br><br>Line 4.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Diversified Consultants Inc<br>Name<br><br>10550 Deerwood Park Blvd<br>Number    Street<br><br>Jacksonville    FL    32256<br>City    State    ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor?<br><br>Line 4.12 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    6864 |

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

LJ Ross Associates
Name

PO Box 6099
Number     Street


Jackson                          MI      49204-60
City                             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.14__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

LVNV FUNDING LLC
Name

c/o CORPORATION SERVICE CO
Number     Street
2338 W ROYAL PALM RD STE J

Phoenix                          AZ      85021-00
City                             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.5__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Professional Placement Services, LLC
Name

P.O. Box 612
Number     Street


Milwaukee                        WI      53201-06
City                             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.3__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Rollie R. Hansen
Name

6737 W. Washington St.
Number     Street
Ste 1420

Milwaukee                        WI      53214
City                             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.11__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

The Bank of Missouri (TBOM)
Name

916 N Kingshighway
Number     Street


Perryville                       MO      63775
City                             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __4.13__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name


Number     Street


City                             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name


Number     Street


City                             State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 52,703.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ 13,597.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 66,300.00 |

Fill in this information to identify your case:

Debtor          Melissa Jo Probst
                First Name          Middle Name          Last Name

Debtor 2
(Spouse If filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the District of Arizona

Case number     2:18-bk-08529-PS
(If known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | IH6 Property Phoenix L.P <br> Name <br> 1121 W. Warner                #110 <br> Street <br> Tempe                AZ        85284 <br> City        State        ZIP Code | Residential Lease <br> Lessee |
| 2.2 | Name <br><br> Street <br><br> City        State        ZIP Code | |
| 2.3 | Name <br><br> Street <br><br> City        State        ZIP Code | |
| 2.4 | Name <br><br> Street <br><br> City        State        ZIP Code | |
| 2.5 | Name <br><br> Street <br><br> City        State        ZIP Code | |

Debtor 1    Melissa Jo Probst
            First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Arizona

Case number    2:18-bk-08529-PS
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　　☑ No

   　　☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City            State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Debra Probst<br>Name<br>409 Hanson Rd<br>Street<br>Stoughton　　WI　　53589<br>City　　State　　ZIP Code | ☑ Schedule D, line 2.1<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Street<br>_____<br>City　　State　　ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Street<br>_____<br>City　　State　　ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1    Melissa Jo Probst
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   District of Arizona

Case number    2:18-bk-08529-PS
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**
Debtor 1: ☑ Employed    ☐ Not employed
Debtor 2: ☐ Employed    ☐ Not employed

**Occupation**    Sales

**Employer's name**    Marmor Enterprises LLC

**Employer's address**    PO Box 956
Number   Street

Litchfield Park, AZ 85340
City    State    ZIP Code

**How long employed there?**   3 months

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ 3,250.00 | $ _____ |
| 3. **Estimate and list monthly overtime pay.** | 3. + $   0.00 | + $ _____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4.   $ 3,250.00 | $ _____ |

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here..................................................➔ 4. | $ 3,250.00 | $ _____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 650.00 | $ _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ _____ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ _____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ _____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ _____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ _____ |
| _____ | | $ 0.00 | $ _____ |
| _____ | | $ 0.00 | $ _____ |
| _____ | | $ 0.00 | $ _____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 650.00    $ _____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 2,600.00    $ _____

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 440.00 | $ _____ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ _____ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ _____ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ _____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Adoption Assistance | 8f. | $ 739.00 | $ _____ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ _____ |
| 8h. **Other monthly income.** Specify: Income tax credits - annual tax refund | 8h. | + $ 350.00 | + $ _____ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 1,529.00    $ _____

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 4,129.00   +   $ _____   =   $ 4,129.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 4,129.00

                                                                               **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    Debtor expects income to increase in the future due to receiving sales commissions at her new job.

## Official Form 106I
## Attachment for Additional Employment Information

| | |
|---|---|
| Debtor / Debtor 2 | Melissa Jo Probst |
| Occupation | Insurance broker |
| Name of Employer | Melissa Probst Insurance Agency |
| Employer's Address | 4807 S. 48th Dr.<br>Number    Street<br><br>Laveen, AZ 85339<br>City              State              ZIP Code |
| How long employed there? | 8 years |

| | |
|---|---|
| Debtor / Debtor 2 | |
| Occupation | |
| Name of Employer | |
| Employer's Address | Number    Street<br><br>City              State              ZIP Code |
| How long employed there? | |

| | |
|---|---|
| Debtor / Debtor 2 | |
| Occupation | |
| Name of Employer | |
| Employer's Address | Number    Street<br><br>City              State              ZIP Code |
| How long employed there? | |

| | |
|---|---|
| Debtor / Debtor 2 | |
| Occupation | |
| Name of Employer | |
| Employer's Address | Number    Street<br><br>City              State              ZIP Code |
| How long employed there? | |

**Fill in this information to identify your case:**

Debtor 1    Melissa Jo Probst
         First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   District of Arizona
                                       (State)

Case number   2:18-bk-08529-PS
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
    expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

    ☑ No.   Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
            ☐ No
            ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ No
    ☑ Yes. Fill out this information for each dependent.........

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Son | 11 | ☐ No   ☑ Yes |
| | _____ | _____ | ☐ No   ☐ Yes |
| | _____ | _____ | ☐ No   ☐ Yes |
| | _____ | _____ | ☐ No   ☐ Yes |
| | _____ | _____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,284.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 15.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

| | **Your expenses** |
|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans    5.    $_____ 0.00

6.  **Utilities:**

    6a.    Electricity, heat, natural gas    6a.    $_____ 330.00

    6b.    Water, sewer, garbage collection    6b.    $_____ 40.00

    6c.    Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____ 115.00

    6d.    Other. Specify: _____    6d.    $_____ 0.00

7.  **Food and housekeeping supplies**    7.    $_____ 556.00

8.  **Childcare and children's education costs**    8.    $_____ 236.00

9.  **Clothing, laundry, and dry cleaning**    9.    $_____ 185.00

10.  **Personal care products and services**    10.    $_____ 20.00

11.  **Medical and dental expenses**    11.    $_____ 20.00

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $_____ 340.00

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____ 200.00

14.  **Charitable contributions and religious donations**    14.    $_____ 0.00

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.    Life insurance    15a.    $_____ 55.00

    15b.    Health insurance    15b.    $_____ 0.00

    15c.    Vehicle insurance    15c.    $_____ 135.00

    15d.    Other insurance. Specify: __Disability income__    15d.    $_____ 20.00

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: __Vehicle license__    16.    $_____ 12.00

17.  **Installment or lease payments:**

    17a.    Car payments for Vehicle 1    17a.    $_____ 0.00

    17b.    Car payments for Vehicle 2    17b.    $_____ 0.00

    17c.    Other. Specify:_____    17c.    $_____ 0.00

    17d.    Other. Specify:_____    17d.    $_____ 0.00

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $_____ 0.00

19.  **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $_____ 0.00

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

    20a.    Mortgages on other property    20a.    $_____ 0.00

    20b.    Real estate taxes    20b.    $_____ 0.00

    20c.    Property, homeowner's, or renter's insurance    20c.    $_____ 0.00

    20d.    Maintenance, repair, and upkeep expenses    20d.    $_____ 0.00

    20e.    Homeowner's association or condominium dues    20e.    $_____ 0.00

21. **Other**. Specify: Miscellaneous

21. +$ 170.00

    +$

    +$

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.

    22a. $ 3,733.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

    22b. $

    and 22b. The result is your monthly expenses.

    22c. $ 3,733.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

    23a. $ 4,129.00

    23b. Copy your monthly expenses from line 22c above.

    23b. −$ 3,733.00

    23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

    23c. $ 396.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.     Explain here:

Fill in this information to identify your case:

Debtor 1    Melissa Jo Probst
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the District of Arizona

Case number   2:18-bk-08529-PS
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Melissa Jo Probst                    ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date  08/20/2018                              Date _____
      MM / DD / YYYY                               MM / DD / YYYY